UNITED STATES ✱
District Court

23-C-728

Pro Se

Richard T. Gardipee
Brown County Jail
3030 Curry Lane
Green Bay, WI
54311

By the Power and Authority of the United States Constitution Petitioner Summons this Honorable Court Pursuant to 42 U.S.C. Sec. 2000cc-1 RLUIPA and for the deprivation of religious equally procted constitutionally secured rights of Petitioner

Richard T. Gardipee,

Petitioner

v.

Respondent

Brown County Sheriff,
Brown County Jail,
Anthony Evers,
Chaplain Palmers,
Sheriff Deputy Bowden,
Sheriff Deputy Lee,
Sheriff Deputy Olson,
Sheriff Lieutenant Trinkner,
Sheriff Lieutenant Halasi,
Sheriff Lieutenant Sturm,
Wisconsin Department of Corrections,
Christopher Saldana,
Kelsey Froelich
Respondent in Official capacity soley for
RLUIPA 42 U.S.C. Sec. 2000cc-1
A Official
All Official capacity claim the above
Respondent soley for RLUIPA

U.S. District Court
Wisconsin Eastern
JUN 0 7 2023
FILED
Clerk of Court

Now comes Petitioner, Summoning this Honorable Court pursuant to 42. U.S.C. Sec. 2000cc-1, 42. U.S.C. Sec. 1985 (3), 42. U.S.C. Sec. 1981, 42. U.S.C. Sec. 1983 for the deprivation of rights under color of law and criminal action by Respondent who is causing Petitioner significant pain and suffering requiring a Trial by Jury under the 7th Amendment of the United States Constitution from an Injury-in-Fact described as severe mental torture, severe EXTREME deprivation of Petitioners sacred GOD given equally protected constitutionally secured Privileges and immunities causing Petitioner EXTREME deprivation of rights resulting in excessive loss of weight, excessive loss of sleep to Petitioner by Respondent who is acting with carte blanche by denying and refusing to allow Petitioner to practice his religious faith of talking to spirits outloud, pray in private, attend worship services, eat specific foods, shave his head bald, anoint his head with oil, pray outside in the yard, listen to specific religious worship music, drink-matcha ceremonial grade green tea with every meal which is required by Petitioners religious faith belief of the Holy Bible.

Pursuant to Equal Protection of law under the 14th Amendment due process clause of the United States Constitution Petitioner petitions this Honorable court to grant Petitioner an immediate preliminary Great Writ of Injunction pursuant to All Writs Act 28 U.S.C. Sec. 1651 and grant Petitioner a speedy preliminary hearing for the EXTREME deprivation of Petitioners sacred GOD given constitutionally secured equally protected rights causing Petitioner EXTREME pain and suffering described as a Injury-in-Fact that is causing Petitioner EXTREME agony of losing excessive hours of sleep causing Petitioner to lose excessive weight from loss of appetite which is causing Petitioner to have stomach pangs and headaches thats causing Petitioners heart to excessively beat from paranoia and fear caused by Respondent who is subjecting me to cruel and unusual punishment because of my religious faith practice of talking to spirits outloud which is in accord with Holy Bible scripture which says as follows "Your ears shall hear a word behind, saying, This is the way, walk in it, Whenever you turn to the right hand Or whenever you turn to the left. (quoting the book of Isaiah chapter 30 verse 21 New King James Version Holy Bible).

At this time Your Honor Petitioner is requesting that Your Honor trigger heightened scrutiny because of Petitioner's membership in a religious protected class pursuant to the Equal Protection of law Clause of the 14th Amendment of the United States Constitution. Equal Protection of law pursuant to the 14th Amendment due process Clause of the United States Constitution prohibits the government from classifying people based on suspect classes, unless the classification is narrowly tailored to satisfy a compelling governmental interest (i.e., the government's action passes Strict scrutiny.) See Kadrmas v. Dickinson Pub. Sch., 487 U.S. 450, 457-58, 108 S. Ct. 2481, 101 L. Ed. 2d 399 (1988) Religion is a suspect class. see City of New Orleans v. Dukes 427 U.S. 297, 303, 96 S. Ct. 2513, 49 L. Ed. 2d 511 (1976)

      Accordingly, housing inmates based on their religious practice would result in classifying them based on membership in a suspect class, and would violate the Equal Protection Clause of the 14th Amendment due process rights under the United States Constitution.

      Brown County Sheriff is housing me intentionally in a super max segregated confined house unit amongst

the most severe aggressive gang affiliated inmates who are threatening to fight me through no fault of Petitioners soley based on Petitioners religious practice of talking to spirits outloud which is prohibited by law. See Sause v. Bauer 138 S. Ct. 2561, 201 L. Ed 2d 982 (2018.)

Brown County Sheriff is intentionally housing Petitioner in a super max segregated confined three cell unit soley based on Petitioners religious practice of talking to spirits outloud. Petitioner never violated any Brown County Sheriff jail policy that would result in disciplinary action by Brown County Sheriff to Petitioner. Petitioners conduct in Brown County Jail is excellent.

Prison officials violate an inmate's equal protection rights where they act in an intentionally discriminatory manner in failing to accommodate the inmate's rights in light of pratical considerations. Freeman v. Arpaio 125 F. 3d 732 (9th Cir. 1997)

The Equal Protection Clause of the fourteenth Amendment prohibits state action that discriminates on the basis of membership in a protected class (quoting Reget v. City of La Crosse 595 F. 3d 691, 695 (7th Cir. 2010))

Respondent is acting with evil intent by deliberately housing me with the most severe offenders soley based on my religious practice of talking to spirits outloud.

Extraordinary never before seen sui generis circumstances exist that are causing Petitioner harm by Respondent who is intentionally housing Petitioner in a super max segregated confined three cell unit amongst the most severe aggressive inmates who are threatening Petitioner to fight and hit Petitioner and despite Petitioners safety concern warning that was handed to Sheriff Deputy Lee in writing by the form of a inmate grievance complaint Sheriff Deputy Lee disregarded Petitioners safety concern of other inmates threatening to fight and hit Petitioner for no reason Sheriff Deputy Lee refused to move Petitioner to another unit subjecting Petitioner to agony and torture intentionally.

" Prison officials are obligated to take reasonable measures to guarantee inmate safety." (quoting Makdessi v. Fields F. 3d 2015 WL 1062747 at *5 (4th Cir. Mar. 12, 2015)

Joeseph a Latin King gang member just ordered me to clean up the day room or he would smack me in my face. I'm shaking in constant fear Your Honor.

On May 15, 2023 I approached Sheriff Deputy Lee with my inmate grievance complaint form which warned Sheriff Deputy Lee in writing that my life was in danger from other gang affilated inmates in my unit (Lakendrik Taylor a Vice Lord, Lil Trae a GD, and Joeseph a Latin King ) who are teaming up against me threatening to fight and hit me and Joeseph just approached me ordering me to clean up the day room or he will fight me spitting in my face. I am now in fear panicing from anxiety which is causing me to lose sleep, not eat, and have excessive migraine headaches. Despite my safety concern presented to Sheriff Deputy Lee in writing in the form of a inmate grievance complaint Sheriff Deputy Lee totally disregarded inmates in my unit Lakendrik Taylor, Lil Trae, and Joeseph wanting to fist fight me through no fault of mine leaving me vulnerable to attack intentionally with evil intent.

"When a prisoner is subjected to specific threats from another inmate and there are indications that the threat will be carried out,' the failure of prison officials to act may give rise to a deliberate indifference claim". (quoting Green v. City of N.Y. Dep't of Corr., No. 06 Civ. 4978 2008 WL 2485402, at* 6-7 (S.D.N.Y. June 19, 2008)).

At approximately 7:00 a.m. in the morning on May 13th 2023 I handed Sheriff Deputy Bowden my inmate grievance complaint complaining that I was terrified because inmates in my unit (Lakendrik Taylor a Vice Lord gang member, Lil Trae a GD gang member, and Joeseph a Latin King gang member were teaming up against me threatening to fight and hit me. I was too afraid to verbally voice my safety concern of inmates in my unit threatening to fight and hit me so I handed Deputy Bowden my grievance complaint complaing that these three inmates who I am housed with are causing me to have fear and anxiety from their threats of hitting me through no fault of mine. I was too afraid to verbally voice my safety concern with Sheriff Deputy Bowden from fear of being labeled a Jail house snitch and retaliation of other inmates for snitching. I am now being exposed to an unreasonable risk of harm intentionally by Respondent who is housing me in a super max segregated confined three cell unit with the most aggressive offenders soley because of my religious practice of talking to spirits outloud. Respondent totally disregarded my safety concern of other inmates Lakendrick Taylor a vice lord gang member, Lil Trae a GD gang member

and Joeseph a Latin king gang member teaming up threatening to fight and hit me.

Deliberate indifference is when a Prison Official subjects an inmate to an unreasonable risk of harm. See Talal v. White 403 F. 3d 423 (6th Cir. 2005

It is Clear established law that the 8th Amendment of the United States Constitution requires Prison Officials to take reasonable measures to guarantee the safety of inmates in their custody. See Hayes v. New York City Dept. of Corr., 84 F. 3d 614, 620 (2d Cir. 1996) "An inmates claim that prison officials failed, as a result of their deliberate indifference, to protect him from the violent actions of other inmates may state a viable 42 U.S.C. Sec. 1983 cause of action." (quoting Hendricks v. Coughlin, 942 F. 2d 109, 113 (2d Cir. 1991)

Sheriff Deputy Bowden is acting deliberately indifferent towards me by refusing to file my inmate grievance complaint form which is in contrary to Brown County Sheriff Jail Inmate ~~Policies~~ Handbook policy which states as follows "You have the right to file grievances and to seek judicial or adminstrative redress without fear of reprisal." Brown County Sheriff Deputy Lee and Brown County Sheriff Deputy Bowden are acting with evil intent by keeping me housed in a super max segregated confined three cell unit amongst the most aggressive gang affillated inmates (Lakendrik Taylor a vice lord gang member, Lil Trae a GD gang member, and Joeseph a latin king gang member) who are threatening to fight and hit me. and despite my safety concern in the form of a ~~grievit~~ inmate grievance complaint form Sheriff Deputy Lee refused to take action leaving me in potential harm by Lakendrik Taylor, Lil Trae, Joeseph gang members who currently threatening to fight and hit me through no fault of mine.

Sheriff Deputy Bowden is refusing to take and file my inmate grievance complete form which is contrary to Brown County Sheriff Jail Inmate Handbook policy which states "Repeated grievances on the same topic may be considered an operational burden and can be addressed with a single line response; previously addressed - closed." No where in the Brown County Sheriff Jail Inmate Handbook does it state a officer can refuse to file a inmate grievance complaint thus Sheriff Deputy Bowden action was unjust and without authority.

Filing a grievance is a constitutionally protected activity. See Watson v. Rozum 834 F.3d 417, 422 (3d Cir. 2016)

"When Prison Officials improperly fail to process a prisoner's grievance, the prisoner is deemed to have exhausted administrative remedies." (quoting Andres v. Marshall 867 F.3d 1076, 1079 (9th Cir. 2017)

An Administrative procedure is unavailable (when despite what regulations or guidance materials may promise ) It operates as a simple dead end - with officers unable or consistently unwilling to provide any relief to aggrieved inmates. See Ross v. Blake 136 S.Ct. 1850, 195 L.Ed 2d 117, 578 U.S. 632 (2016)

Your Honor, You can clearly see that I have exhausted all of my administrative remedies because all of the attached Appealed grievance complaint forms filed with Brown County Sheriff were unfounded consistently unwilling to provide any relief to Petitioner.

Your Honor, Respondent Probation officer Christopher Saldana is claiming that I am mentally ill for practicing my religious faith belief of talking to spirits outloud. On January 12th 2023 my Probation officer Christopher Saldana visited me here in Brown County Jail asking me why I left the state of Wisconsin without his permission. I stated that as part of my religious faith practice I talk to spirits outloud however Probation Agent Christopher Saldana called me psycho that he believes I am mentally ill. He told me he is ordering me to a mental health hospital to do a six month treatment program at Wisconsin Resource Center as part of a Alternative to Revocation telling me that if I do not comply with Agent Christopher Saldana order of taking psychotropic medication and get treatment at Wisconsin Resource Center Agent Christopher Saldana will lock me up in prison for one year six months even though I have never been diagnosed with any mental illness by a mental health doctor nor have I ever taken psychotropic medications. Probation Agent Christopher Saldana is subjecting me to cruel and unusual punishment for exercising my religious faith belief of talking to spirits outloud.

An adverse action is one "sufficient to deter a person of ordinary firmness from exercising his equally protected rights. See Allah v. Seiverling 22d F.3d 220,225 (3d Cir. 2000)

Probation Agent Christopher Saldana adverse action of labeling me mentally ill because of my religious practice of talking to spirits outloud has left me in constant fear to practice my religious faith belief of talking to spirits outloud

On February 17th 2023 Probation Agent Christopher Saldana along with Brown County Sheriff housed me in a super max segregated confined three cell unit amongst the most severe aggressive inmates who just got out of Ad seg 24 hour lockdown for violating Brown County Sheriff policy resulting in disciplinary action however I've never violated any Brown County Sheriff Jail Inmate Handbook policy that would result in me being segregated with the aggressive inmates that I am currently housed with who just came out of Ad seg 24 hour lock down for violating Brown County Sheriff Jail Inmate handbook policy resulting in adverse action and the only reason I am being housed by Brown County Sheriff in a super max segregated confined three cell unit amongst the most aggressive inmates who have a violent history and a history of violating Brown County Sheriff Jail Inmate Handbook policy is soley because of my religious practice of talking to spirits outloud thus Brown County Sheriff and Probation officer Christopher Saldana are intentionally punishing me for my protected religious faith belief of talking to spirits outloud by housing me in a super max segregated confined three cell unit with the most dangerous, aggressive inmates who are threatening to fight and hit me and despite my safety concern handed to Brown County Sheriff Olson I was laughed at and subjected to future harm from Brown County Sheriff Olson refusal to move me to another unit intentionally subjecting me to future harm which is against the 8th Amendment of the United States Constitution which states "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted". Brown County Sheriff, and Deputy Olson actions constitute cruel and unusual punishment ☹ inflicted Petitioner.

It is clear established law that a Prison Officials "deliberate indifference" to a substantial risk of serious harm to an inmate violates the 8th Amendment of the United States Constitution which is applicable to the States through the 14th Amendment of the United States Constitution. See Helling v. McKinney 509 U.S. 25 (1993); Wilson v. Seiter 501 U.S. 294 (1991); Estelle v. Gamble 429 [511 U.S. 829.] U.S. 97 (1976)

Respondent Brown County Sheriff Lee, Olson, and Bowden intentionally acted in total disregard of my religious practice, and intentionally caused me harm by keeping me housed (despite my safety concern handed to Brown County Sheriff Deputy Lee, Olson, and Bowden in the form of a inmate grievance complaint addressing my safety concern of inmates Lakendrick Taylor, Lil Trae, and Joeseph teaming up threatening to fight and hit me) in a super max segregated three cell unit soley because of my religious practice of talking to spirits outloud.

Thus, any defense by Respondent of qualified immunity must be denied pursuant to Equal Protection of law under the 14th Amendment of the United States Constitution because Petitioner sues Brown County Sheriff Deputy Lee, Olson, and Bowden in their individual capacity for the deprivation of Petitioners GOD given Constitutionally secured rights.

"A jury may award punitive damages under 42 U.S.C. Sec. 1983 eithier when ⬛ ⬛ a defendant's conduct was driven by evil motive or intent, or when it involved a reckless or callous indifference to the constitutional rights of others" (quoting Dang v. Cross 422 F.3d 900, 807 (9th Cir. 2005)

Oppressive conduct is also a proper predicate for punitive damages pursuant to 42. U.S.C. Sec. 1983 See Dang v. Cross supra.

Punitive damages are recoverable when "defendant's motives are shown to be so improper, or its conduct so OPPRESSIVE, OUTRAGEOUS, or intolerable that such an 'evil mind' may be inferred. See Rawlings v. Apodaca 726 P. 2d 565, 570 (Ariz. 1986)

" Even if the defendant's conduct was not outrageous a jury may infer evil mind if defendant deliberately continued his actions despite the inevitable or highly probable harm that would follow." (quoting Gurule v. Illinois Mut. Life and Cas. Co., 734 P. 2d 85, 87 (Ariz. 1987)

There seems to be mixed opinions by the courts whether Petitioner is entitled to Compensatory damages under RLUIPA, however this court Brown v. Prince George's Cnty. (D. Md. 2022) has determined by law that compensatory damages are available under a RLUIPA claim against Counties and not States. It is well established that "Absent clear direction to the contrary by Congress, Federal Courts have the power to award any appropriate relief in cognizable Causes of action brought pursuant to a Federal statue." See Franklin v. Gwinnett Cty. Pub. Sch. 503 U.S. 60, 70, (1992) Accordingly, I pray that my Compensatory damage claim against Brown County Sheriff be approved for RLUIPA.

I request to be duly compensated for the following injuries occured by Brown County Sheriff:

I am seeking $500,000 from Brown County Sheriff under RLUIPA pursuant to 42 U.S.C. Sec. 2000cc-1 for the EXTREME bizarre never before seen deprivation of rights of Petitioner who is suffering from significant pain and suffering described as an injury-in-fact causing Petitioner to lose excessive sleep, excessive weight loss from food poisoning caused by Brown County Sheriff in retaliation for filing grievance complaints. I am suffering severe anxiety from fear of other inmates in my unit who are threatening me to fight and hit me and for housing me in a super max segregated confined three cell unit soley because of my religious practice of talking outloud to spirits. I am in constant fear and losing weight from Brown County Sheriff refusing to give me my specific religious diet tray which consists of strictly plants however despite my attempted to resolve the complaint of being allowed by Brown County Sheriff to approve and change my diet to a plant based diet Brown County Sheriff refused subjecting me to cruel and unusual punishment for exercising my religious faith of eating only plant based foods that grow from a garden. I'm suffering from hunger pangs and abnormal bowel movements from eating food that I am not use to eating which is causing me chills and severe migraine headaches. I'm suffering from mental anguish for being refused to practice all of my religious practices at Brown County Jail which are not being allowed to attend church like the general housing population here in Brown County Jail gets to enjoy, not being allowed By Brown County Sheriff to pray in private, shave my head bald, listen to religious worship music of my choice

praying outside in the yard, and drink Matcha green tea with every meal Petitioner eats. Brown County Sheriff is denying Petitioner all of this subjecting Petitioner to severe torture by not allowing Petitioner to exercise his GOD given rights in Brown County Jail.

I am seeking $1,000,000 from Brown County Sheriff Olson in his individual capacity pursuant to 42. U.S.C sec. 1983 for the deprivation of rights of Petitioner by intentionally housing Petitioner in a super max segregated confined three cell unit soley because of Petitioners religious practice of talking to spirits outloud which is a deprivation of rights to petitioner pursuant to the 14th Amendment Equal Protection due process Clause of the United States Constitution.

I am seeking $2,000,000 from Brown County Sheriff Deputy Lee in his individual capacity pursuant to 42. U.S. C. Sec. 1983 for the deprivation of rights caused to Petitioner by Brown County Sheriff Deputy Lee who totally disregarded Petitioners safety and subjected Petitioner to torture by keeping Petitioner housed amongst the most severe aggressive gang affiliated inmates intentionally.

I am seeking $10,000,000 from Brown County Sheriff Deputy Bowden in his individual capacity for the deprivation of Petitioners constitutional rights of housing Petitioner in a super max segregated confined three cell unit soley because of my religious practice of talking to spirits outloud and for refusing to file Petitioners grievance complaint according to Brown County Sheriff Jail Inmate handbook policy.

Grievance Complaint number 2023-001092 appealed to Lieutenant Halasi complaining about not being allowed the ability to shave my head bald which is accord to my religious faith practice was denied by Brown County Sheriff Lieutenant Halasi and the appeal finding resulted in being closed completely depriving Petitioner of his religious practice of shaving his head completely bald which is a deprivation of Petitioners religious rights pursuant to 42.U.S.C. Sec. 1983 under color of law under the Equal Protection of law due process Clause pursuant to the 14th Amendment of the United States Constitution. I am seeking $2,500,000 from Brown County Sheriff Lieutenant Halasi for the deprivation of Petitioners religious practice refusal of letting Petitioner completely shave his head bald and because Brown County Sheriff Lieutenant actions were motivated by evil intent of Petitioners religious practice of talking outloud to spirits Petitioner is seeking punitive damages in the amount of $5,000,000 from Lieutenant Halasi in his individual capacity and all claims against Brown County Sheriff Halasi for money damages are in his individual capacity. Petitioner is suffering from an Injury-in-Fact described as extreme sleep deprivation, rapid heart beats, extreme excessive migraine headaches, loss of appetite, mental anguish thats causing Petitioner to have extreme nightmares when Petitioner sleeps. I am seeking a Trial-by-Jury for all damage claims under the 7th Amendment of the United States Constitution to redress Petitioners deprivation of rights under the 14th Amendment Equal Protection of law due process Clause pursuant to the United States Constitution.

Grievance # 2023-001101 appealed to Lieutenant Halasi was denied depriving Petitioner his Equally Protected religious right of worshiping in public. The general housing inmates have the ability to attend church every sunday however Petitioner is being intentionally housed in a super max segregated confined three cell unit soley because of Petitioners equally protected religious practice of talking to spirits outloud thus Petitioner is being denied access to religious worship services like church which the general housing population in Brown County Jail get to enjoy. This is a deprivation of Petitioners equally protected religious rights pursuant to Equal Protection of law Clause under the 14th Amendment due process clause of the United States Constitution. Petitioner is seeking $5,000,000 from Brown County Sheriff Halasi in his individual capacity for the deprivation of Petitioners religious rights under color of law pursuant to 42. U.S.C. Sec. 1983 and for depriving Petitioner of the Equal Protection of the law pursuant to the 14th Amendment due process Clause of the United States Constitution. Petitioner is suffering significant sleep deprivation from fear and anxiety caused by Brown County Sheriff Lieutenant Halasi Complete denial of letting Petitioner worship in Public like the general housing population inmates in Brown County Jail get to enjoy. I am experiencing severe migraine headaches from Brown County Sheriff Lieutenant Halasi refusal of not letting petitioner exercise his equally protected religious practice of attending church every sunday. I am requesting a Trial by jury pursuant to the 7th Amendment of the United States Constitution to remedy all claims for money for Petitioner

Pursuant to Equal Protection of law Clause under the 14th Amendment due process clause of the United States Constitution.

Grievance # 2023-001100 appealed to Brown County Sheriff Lieutenant Halasi was unfounded depriving and denying Petitioner his equally protected constitutionally secured right to pray in private and to worship in private. Brown County Sheriff Lieutenant Halasi is not allowing Petitioner to practice his religious faith belief of worshiping in private by housing Petitioner in a Super max segregated confined section of Brown County jail soley because of Petitioners religious faith practice of talking to spirits outloud which is a deprivation of Petitioners equally protected religious right of exercising his religious faith belief of praying in silent and in private Pursuant to 42. U.S. Sec. 1983 deprivation of rights under color of law and the Equal Protection of law due process clause of the 14th Amendment of the United States Constitution. Also this is a criminal act pursuant to 18 U.S.C. Sec. 242 Deprivation of rights under color of law. Petitioner is suffering from severe mental migraines from losing excessive sleep which is making Petitioners heart beat fast, Petitioner is paranoid and afraid to exercise his religious faith belief of praying and worshiping in private from fear of reprisal by Brown County Sheriff Lieutenant Halasi who is acting strange and bizarre towards petitioner for Petitioner exercising his equally protected religious rights by housing Petitioner a super max segregated confined section of Brown County jail soley because of Petitioners religious faith practice of talking to spirits Outloud I am suing $8,000,000

from Brown County Sheriff Lieutenant Halasi in his individual capacity for the deprivation of Petitioners equally protected religious right of worshiping and praying in private which is causing Petitioner significant mental and emotional pain from embarrassment to Petitioner for being housed in a super max segregated confined section of Brown County Jail soley because of Petitioners religious practice of talking to spirits outloud.

I am requesting a Trial by Jury under Petitioners 7th Amendment Constitutionally secured right to redress all money damage claims according to the Equal Protection of law due process Clause pursuant to the 14th Amendment of the United States Constitution and to redress the deprivation of Petitioners equally protected religious rights pursuant to 42. U.S.C. Sec. 1983 deprivation of rights under color of law.

Grievance # 2023-001098 appealed to Brown County Sheriff Lieutant Halasi was unfounded depriving Petitioner his equally protected religious right to petition the Court for a redress of grievance by denying to provide indigent Petitioner with stamped envelopes, and writing notebook paper, and a writing utensil such as a pen which is a deprivation of Petitioners equally protected religious rights under the Equal Protection of law due process clause pursuant to the 14th Amendment of the United States Constitution and 42. U.S.C. Sec. 1983 Deprivation of rights under color of law Petitioner brings his claim for money damages against Brown County Sheriff Lieutenant

in his individual capacity and Petitioner is Seeking $2,500,000 from Brown County Sheriff Lieutenant Halasi for the deprivation of Petitioners equally protected religious practice of petition being allowed to petition the court for a redress of grievance pursuant to Equal Protection of law due process Clause under the 14th Amendment of the United States Constitution and under 42 U.S.C. Sec. 1983

for the deprivation of Petitioners equally protected religious right of being allowed to petition and have equal access to the courts. Petitioner is homeless and poor and cannot afford to pay Brown County Sheriff Lieutenant Halasi for stamped enevelopes, paper, and pen to petition the courts for a redress of grievance and despite Brown County Sheriff Lieutenant Halasi being "Aware" of Petitioners indigency Brown County Sheriff Lieutenant Halasi refused to supply Petitioner with what he needs to petition the courts for a redress of grievance. I am requesting a Jury Trial pursuant to Petitioners equally protected religious class under the Equal Protection of law due process clause pursuant to the 14th Amendment of the United States Constitution and under Petitioners 7th Amendment constitutionall secured right for all money damage claims. Petitioner is in consent fear of reprisal by Brown County Sheriff Lieutenant Halasi deprivation of Petitioners equally protected constitutionally secured right to access the courts which is causing Petitioner significant pain and suffering from an Injury-in-fact described as severe mental torture from fear of Brown County Sheriff Lieutenant Halasi refusal to supply Petitioner what he needs to access and petition the courts for a redress of grievance.

I am seeking Punitive damages from Brown County Sheriff Lieutenant Halasi in his individual capacity and all money claims against Brown County Sheriff Lieutenant Halasi are in his individual capacity in the amount of $6,000,000 for the complete denial of Petitioners equally protected religious constitutionally secured right to access the courts for a redress of grievance which Brown County Sheriff Lieutenant Halasi is denying Petitioner access to knowing Petitioner is homeless and poor.

Grievance # 2023-001092 Chaplain Palmers deprived Petitioner his equally protected religious right of shaving his head completely bald and Petitioner is seeking $3,000,000 from Chaplain Palmers in his individual capacity for Chaplain Palmers role in refusing Petitioner his equally protected religious faith exercise of shaving Petitioners head completely bald which is a deprivation of Petitioners right pursuant to Equal Protection of law due process clause of the 14th Amendment under the United States Constitution and Petitioner brings his claim for money damages pursuant to 42 U.S.C. Sec. 1983 for Chaplain Palmers role in depriving petitioner of his equally protected religious class right of shaving Petitioners head completely bald which is in accord with Petitioners religious faith belief. Petitioner is sleep deprived which is causing Petitioner mental harm of having extreme severe migraine headaches and now Petitioner is losing excessive weight from mental torture by Chaplain Palmers role in refusing Petitioner his equally protected religious practice of shaving his head completely bald. Petitioner is requesting a Trial by Jury pursuant to Petitioners 7th Amendment constitutionally secured right for all money damage claims against Chaplain Palmers in his individual capacity. Petitioner is seeking punitive damages against Chaplain Palmers in his individual capacity to be determined by a trial by jury.

Page 23

And because Chaplain Palmers knew Petitioner is homeless and poor and still refused Petitioner his equally protected religious right of shaving his head completely bald by lying to Brown County Sheriff Corporal Bartels in grievance # 2023-001092 claiming Petitioner used the following Holy Bible scripture out of context which is a deprivation of Petitioners equally protected religious right of being allowed to shave his head completely bald which is causing Petitioner severe pain and suffering arising from an Injury-in-fact described as food poisoning from Chaplain Palmers complete denial of Petitioners equally protected religious practice of eating strictly plant based foods which Chaplain Palmers is depriving Petitioner from. See grievance # 2023-001088 which Petitioner is being deprived from eating specific religious required foods that are in accord with Petitioners religious faith practice of eating strictly plant based foods that come from a garden and despite petitioners grievance complaint filed with Brown County Sheriff Deputy Olson who is depriving petitioner equal protection of law pursuant to the 14th Amendment due process clause of the United States Constitution by housing Petitioner amongst the most severe aggressive inmates at Brown County Jail soley because of Petitioners religious faith practice of talking to spirits outloud which is deprivation of Petitioners Equally protected religious rights under the Equal Protection of law due process clause of the 14th Amendment of the United States Constitution. Brown County Sheriff Deputy Olson deprived Petitioner of his equally protected Constitutionally secured religious practice of eating plant based foods which are in accord with Petitioners religious faith

I am seeking $4,000,000 from Chaplain Palmers and Brown County Sheriff Deputy Olson in their individual capacity for the deprivation of Petitioners equally protected religious faith belief of eating only plant based foods which are in accord with petitioners religious faith practice of only eating plant based foods that grow from a garden. Petitioner is suffering from insomnia from the loss of sleep and is causing Petitioner to experience blurry vision and severe migraine headaches from food poisoning because Petitioner is used to only eating vegetables and fruit that grow from a garden and petitioner is being fed non-vegan foods such as white bread, white rice, canned fruit, canned beans, canned vegetables which are not in accord with petitioners religious faith practice of eating strictly plant based foods that grow outside in a garden like real fruit, real vegetables that grow from plants and not canned processed foods. Petitioner is requesting a Trial-by-Jury pursuant to Petition 7th Amendment Constitutionally secured right to redress all money damage claims from the deprivation of Petitioners Equal Protected rights under the Equal Protection of law due process Clause of the 14th Amendment of the United States Constitution, and Petitioner brings this claim for money damages pursuant to 42. U.S.C. Sec. 1983 for the deprivation of Petitioners equally protected religious rights under color of law pursuant to Equal Protection of law under the 14th Amendment due process Clause of the United States Constitution.

According to Brown County Sheriff Jail Inmate Handbook policy section Inmate Rights it states as follows "You have the right to receive fair and humane treatment. You have the right to know the rules and procedures that affect You, and the penalties for not following the rules. You have the right to freedom of religion" however Brown County Sheriff are acting deliberately indifferent and contrary to Brown County Sheriff Jail Inmate Handbook by housing Petitioner in a segregated super max confined section of Brown County Jail soley because of Petitioners equally protected religious faith practice of talking to spirits outloud which is a Deprivation of Petitioners rights pursuant to Equal Protection of law Clause under the 14th Amendment due process clause of the United States Constitution. Petitioner is seeking $300,000 from Brown County Sheriff for the deprivation of Petitioners equally protected religious faith practice of Petitioner talking to spirits outloud and for housing Petitioner in a super max segregated confined section of Brown County Jail soley because of Petitioners religious practice of talking to spirits outloud which is a deprivation of Petitioners religious Equal Protection of law right under the 14th Amendment of the United States Constitution. Petitioner is requesting a Trial by Jury to redress all money damage claims against Brown County Sheriff for the deprivation of Petitioners Equal Protection of law right pursuant to the 14th Amendment of the United States Constitution.

Petitioner brings his money claim for damages against Brown County Sheriff under 42 U.S.C. Section 1983 for the deprivation of Petitioners equally Protected

Petitioner is suffering from an Injury-in-Fact described as severe mental torture that is causing Petitioner to lose significant amounts of sleep from the pain and suffering caused by Brown County Sheriff who is housing Petitioner in a super max segregated confined section of Brown County Jail soley because of Petitioners religious faith belief of talking to spirits outloud. Petitioner is now suffering from hunger pangs from being not able to eat by the mental torture caused By Brown County Sheriff housing Petitioner in a super max segregated section of Brown County Jail soley because of Petitioners religious faith practice of talking to spirits outloud. Petitioner is experiencing fear and anxiety from Brown County Sheriff refusal to move Petitioner to another unit because Brown County Sheriff knew Petitioner safety was in danger from Petitioners grievance complaint handed to Brown County Sheriff Deputy Bowden, Olson and Lee addressing Petitioners safety concern of Petitioner being housed amongst the most severe aggressive inmates who are gang affiliated (Lakendrik Taylor a Vice LORD gang member, Lil Trae a GD gang member and Joeseph a Latin King gang member) were teaming up against me threatning to fight and hit me and despite Brown County Sheriff being "Aware" of Petitioners Safety Concern Brown County Sheriff acted deliberately indifferent to Petitioners Safety Concern by refusing to house Petitioner in a different unit subjecting Petitioner to cruel and unusual punishment. Petitioner was denied of Equal Protection of law Pursuant to the 14th Amendment due process clause of the United States

Petitioner is seeking $500,000 from Respondent Brown County Sheriff under 42. U.S.C. Section 1981 for the deprivation of Petitioners equally protected constitutionally secured rights under color of law of keeping Petitioner in a super max segregated confined section of Brown County Jail soley because of Petitioners equally protected constitutionally secured religious practice of talking to spirits outloud which is a deprivation of rights under color of law pursuant to Petitioners religious protected class under the Equal Protection of law due process clause of the United States Constitution and for refusing to keep Petitioner safe from inmates threatening Petitioner by refusing to house petitioner in a different unit after petitioners repeated filing of grievance complaints addressing petitioners safety concern of other inmates who petitioner is housed with gang members teaming up against petitioner threatening to fight and hit petitioner but despite Petitioners grievance complaint form handed to Brown County Sheriff Deputy Bowden, Olson, and Lee Brown County Sheriff refused to take action and move petitioner to a different unit subjecting Petitioner to cruel and unusual punishment and future harm intentionally. Petitioner is panicing and fearing for his life which is causing Petitioner to lose significant amounts of sleep and to be paranoid from other inmates threatening to fight and hit petitioner for no reason.

This is a deprivation of Petitioners equally protected religious class pursuant to Equal Protection of law due process clause of the 14th Amendment of the United States Constitution and Petitioner hereby brings his claim for money damages pursuant to 42 U.S.C. Section 1981 for the redress of deprivation of Petitioners religious equally protected rights. Petitioner invokes his 7th Amendment constitutionally secured right against Brown County Sheriff and requests a Trial by Jury to address all deprivation of Petitioners equally protected class religious rights and all money damage claims. Petitioner is suffering severe migraine headaches from being paranoid in fright from other inmates threatening petitioner when Brown County Sheriff was 'Aware' Petitioners life was in danger but Brown County Sheriff took no action to move petitioner to a different unit subjecting Petitioner to mental torture and pain which is causing petitioner to lose sleep and be very afraid which is causing petitioner to feel sick to his stomach and lose his appetite resulting in rapid weight loss to petitioner. Petitioner is suffering emotional distress from fear of other inmates threatening to harm Petitioner from Brown County Sheriff inexcusable intentional refusal to move Petitioner to a different unit out of harm after Brown County Sheriff was 'Aware' inmates were threatening to harm Petitioner.

I believe in Jesus Christ of Nazareth as my King, God, Lord, and savior. I believe in my Father in Heaven, and I believe in the Holy Spirit.

My religious faith diet practice is derived from The Book of Daniel from the Holy Bible where Daniel eats and consumes strictly plants. See Daniel Chapter one verse five. Daniel Chapter one verse eight and Daniel Chapter one verse 12-13 New King James Version Holy Bible scripture.

Further my religious faith practice to shave my head bald is derived from Holy Bible scripture in the Book of 1 Corinthians Chapter 11 verse 4 which states as follows "Every man praying or prophesying, having his head covered, dishonors his head."

Further more my religious practice to pray in private is derived from the Book of Matthew Chapter six verse six which states as follows "But You, when You pray, enter into Your inner room, and having shut Your door, pray to your Father who is in secret, and Your Father who Sees in secret will reward You openly." Holy Bible scripture.

I Richard T. Gardipee am very sincere in my religious faith of Christianity.

The Apostle Paul in the Holy Bible book f Romans Chapter 12 verse 7 says " or service ts give ourselves to service; or he who teaches, to is teaching;

Your Honor Brown County Sheriff re denying me all my equally protected religious rights. - cannot attend church like the General housing opulation gets to enjoy. I'm not allowed to ractice any of my religious faith practice beliefs ere at Brown County Jail

Dated and signed this 1st day of June 2023

Richard T. Gardipee

Respectfully,