# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

RICHARD T. GARDIPEE,
    Plaintiff,

    v.                          CASE NUMBER: 23-CV-728

BROWN COUNTY SHERIFF, et al.,
    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED** for failure to state a claim.

10/30/2023
Date

Gina M. Colletti
Clerk

/s/ Alexis H.
(By) Deputy Clerk